CHARLES K. CHINEDUH (SBN 273258)
Charles.Chineduh@maynardnexsen.com
**MAYNARD NEXSEN LLP**
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: 310.596.4500

Attorneys for Defendants
CIGNA HEALTHCARE OF CALIFORNIA, INC. and CIGNA HEALTH AND LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC., a California for-profit corporation; CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut general corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. _____<br><br>(Removed from the Madera County Superior Court, Case No. MCV093838)<br><br>**DECLARATION OF PAMELA LEY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION**<br><br>[Filed concurrently with<br>- Notice of Removal<br>- Civil Case Cover Sheet<br>- Corporate Disclosure Statement<br>- Certification of Interested Parties<br>- Declaration of Charles K. Chineduh]<br><br>Complaint Filed: December 20, 2024 |

# DECLARATION OF PAMELA LEY

I, Pamela Ley, declare as follows:

1. My name is Pamela Ley. I am over the age of twenty-one and competent to testify. The statements in this Declaration are true and correct. If called to testify, I could and would testify competently to the following matters.

2. I am a Paralegal Senior Supervisor with Cigna Health and Life Insurance Company ("CHLIC"). As part of my responsibilities in my current role, I have been authorized to make this declaration on behalf of CHLIC and Cigna Healthcare of California, Inc. ("CHCA") (collectively, "Defendants").

3. This Declaration is submitted in support of Defendants' Notice of Removal.

4. This Declaration is based on my personal knowledge and my review of Defendants' business records. I am personally familiar with the manner in which both entities prepare and maintain business records with respect to insurance plans. The records on which my knowledge is based are maintained in the ordinary course of business. It is both entities' regular practice and procedure to maintain such records and to document acts and events at or about the time those acts or events occur. Defendants rely on documents in their records. I consider documents in Defendants' records to be reliable records. Further, all such documents and the information recorded therein were made at or near the time by, or from information transmitted by, a person with knowledge. Each of the documents attached as exhibits to my declaration are maintained and contained in Defendants' files.

5. According to Defendants' records, the patients in the lawsuit, as listed below, were each enrolled in group health benefit plans that are governed by the Employee Retirement Income Security Act of 1974 ("ERISA").

6. Attached hereto as **Exhibit 1** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member ADA.

7. Attached as hereto **Exhibit 2** is a true and correct copy of the CareATC, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member KBA.

8. Attached as hereto **Exhibit 3** is a true and correct copy of the Arcadis U.S., Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member TKA.

9. Attached as hereto **Exhibit 4** is a true and correct copy of the Ecolab, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member FA.

10. Attached as hereto **Exhibit 5** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member MA.

11. Attached as hereto **Exhibit 6** is a true and correct copy of the Infinity Fasteners, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member EA.

12. Attached as hereto **Exhibit 7** is a true and correct copy of the Epidaurus dba Amity Foundation medical benefits Plan, which describes and governs the benefits in the claims regarding member JA.

13. Attached as hereto **Exhibit 8** is a true and correct copy of the Acadia Pharmaceuticals Inc medical benefits Plan, which describes and governs the benefits in the claims regarding member BB.

14. Attached as hereto **Exhibit 9** is a true and correct copy of the Entegris, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member GB.

15. Attached as hereto **Exhibit 10** is a true and correct copy of the Kellogg Supply, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member DB.

///

16. Attached as hereto **Exhibit 11** is a true and correct copy of the Epidaurus DBA Amity Foundation medical benefits Plan, which describes and governs the benefits in the claims regarding member SB.

17. Attached as hereto **Exhibit 12** is a true and correct copy of the Amazon.com Services LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member JRB.

18. Attached as hereto **Exhibit 13** is a true and correct copy of the Entegris, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member GB.

19. Attached as hereto **Exhibit 14** is a true and correct copy of the Federal Defenders of San Diego, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member AB.

20. Attached as hereto **Exhibit 15** is a true and correct copy of the Helena Agri-Enterprises, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member NB.

21. Attached as hereto **Exhibit 16** is a true and correct copy of the Michael Sullivan & Associates LLP medical benefits Plan, which describes and governs the benefits in the claims regarding member CC.

22. Attached as hereto **Exhibit 17** is a true and correct copy of the MyComputerCareer, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member GC.

23. Attached as hereto **Exhibit 18** is a true and correct copy of the WM medical benefits Plan, which describes and governs the benefits in the claims regarding member RAC.

24. Attached as hereto **Exhibit 19** is a true and correct copy of the ConvaTec Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member RC.

///

25. Attached as hereto **Exhibit 20** is a true and correct copy of the Connections Education, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member MC.

26. Attached as hereto **Exhibit 21** is a true and correct copy of the JPMorgan Chase & Co. medical benefits Plan, which describes and governs the benefits in the claims regarding member BC.

27. Attached as hereto **Exhibit 22** is a true and correct copy of the Kings Community Action Organization medical benefits Plan, which describes and governs the benefits in the claims regarding member AC.

28. Attached as hereto **Exhibit 23** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member JC.

29. Attached as hereto **Exhibit 24** is a true and correct copy of the Magnit Global Solutions, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member HD.

30. Attached as hereto **Exhibit 25** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member KD.

31. Attached as hereto **Exhibit 26** is a true and correct copy of the ArborWorks, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member LE.

32. Attached as hereto **Exhibit 27** is a true and correct copy of the Harrington Industrial Plastics, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member CE.

33. Attached as hereto **Exhibit 28** is a true and correct copy of the Starwood Headquarters medical benefits Plan, which describes and governs the benefits in the claims regarding member KE.

///

34. Attached as hereto **Exhibit 29** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member JE.

35. Attached as hereto **Exhibit 30** is a true and correct copy of the Arcadis U.S., Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member JF.

36. Attached as hereto **Exhibit 31** is a true and correct copy of the Ahern Family of Companies medical benefits Plan, which describes and governs the benefits in the claims regarding member IF.

37. Attached as hereto **Exhibit 32** is a true and correct copy of the Regal Cinemas, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member KF.

38. Attached as hereto **Exhibit 33** is a true and correct copy of the Cigna Group medical benefits Plan, which describes and governs the benefits in the claims regarding member RG.

39. Attached as hereto **Exhibit 34** is a true and correct copy of the Laboratory Corporation of America Holdings medical benefits Plan, which describes and governs the benefits in the claims regarding member EG.

40. Attached as hereto **Exhibit 35** is a true and correct copy of the American Premier Services Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member LG.

41. Attached as hereto **Exhibit 36** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member HG.

42. Attached as hereto **Exhibit 37** is a true and correct copy of the Choice International medical benefits Plan, which describes and governs the benefits in the claims regarding member CG.

///

43. Attached as hereto **Exhibit 38** is a true and correct copy of the WM medical benefits Plan, which describes and governs the benefits in the claims regarding member MG.

44. Attached as hereto **Exhibit 39** is a true and correct copy of the NFL Player medical benefits Plan, which describes and governs the benefits in the claims regarding member TG.

45. Attached as hereto **Exhibit 40** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member ZG.

46. Attached as hereto **Exhibit 41** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member WH.

47. Attached as hereto **Exhibit 42** is a true and correct copy of the JPMorgan Chase & Co. medical benefits Plan, which describes and governs the benefits in the claims regarding member LH.

48. Attached as hereto **Exhibit 43** is a true and correct copy of the Pacific Architects and Engineers LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member JH.

49. Attached as hereto **Exhibit 44** is a true and correct copy of the International Paper medical benefits Plan, which describes and governs the benefits in the claims regarding member SH.

50. Attached as hereto **Exhibit 45** is a true and correct copy of the Progressive Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member DH.

51. Attached as hereto **Exhibit 46** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member SH.

///

DECLARATION OF PAMELA LEY IN SUPPORT OF NOTICE OF REMOVAL

52. Attached as hereto **Exhibit 47** is a true and correct copy of the D. R. Horton, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member EJ.

53. Attached as hereto **Exhibit 48** is a true and correct copy of the By Light Professional IT Services LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member MK.

54. Attached as hereto **Exhibit 49** is a true and correct copy of the Heilind, DB Roberts, Mil-Aero medical benefits Plan, which describes and governs the benefits in the claims regarding member KL.

55. Attached as hereto **Exhibit 50** is a true and correct copy of the Epidaurus DBA Amity Foundation medical benefits Plan, which describes and governs the benefits in the claims regarding member GL.

56. Attached as hereto **Exhibit 51** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member JL.

57. Attached as hereto **Exhibit 52** is a true and correct copy of the Kind, Inc medical benefits Plan, which describes and governs the benefits in the claims regarding member RL.

58. Attached as hereto **Exhibit 53** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member EL.

59. Attached as hereto **Exhibit 54** is a true and correct copy of the Ingomar Packing Company LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member CL.

60. Attached as hereto **Exhibit 55** is a true and correct copy of the Epidaurus dba Amity Foundation medical benefits Plan, which describes and governs the benefits in the claims regarding member MDM.

///

61. Attached as hereto **Exhibit 56** is a true and correct copy of the Niagara Bottling LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member MM.

62. Attached as hereto **Exhibit 57** is a true and correct copy of the Gordon Rees Scully Mansukhani LLP medical benefits Plan, which describes and governs the benefits in the claims regarding member KM.

63. Attached as hereto **Exhibit 58** is a true and correct copy of the Agilon Health, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member OM.

64. Attached as hereto **Exhibit 59** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member JM.

65. Attached as hereto **Exhibit 60** is a true and correct copy of the Trumark Companies, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member HM.

66. Attached as hereto **Exhibit 61** is a true and correct copy of the JPMorgan Chase & Co. medical benefits Plan, which describes and governs the benefits in the claims regarding member AM.

67. Attached as hereto **Exhibit 62** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member AM.

68. Attached as hereto **Exhibit 63** is a true and correct copy of the Sportgroup medical benefits Plan, which describes and governs the benefits in the claims regarding member EM.

69. Attached as hereto **Exhibit 64** is a true and correct copy of the Sunrun, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member LM.

///

70. Attached as hereto **Exhibit 65** is a true and correct copy of the Flatiron Construction Corp. medical benefits Plan, which describes and governs the benefits in the claims regarding member MM.

71. Attached as hereto **Exhibit 66** is a true and correct copy of the Proofpoint, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member ZM.

72. Attached as hereto **Exhibit 67** is a true and correct copy of the Natera, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member ASM.

73. Attached as hereto **Exhibit 68** is a true and correct copy of the JPMorgan Chase & Co. medical benefits Plan, which describes and governs the benefits in the claims regarding member SM.

74. Attached as hereto **Exhibit 69** is a true and correct copy of the BSI Group America Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member EM.

75. Attached as hereto **Exhibit 70** is a true and correct copy of the Helena Agri-Enterprises, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member SM.

76. Attached as hereto **Exhibit 71** is a true and correct copy of the Spark Power (USA) Corp. medical benefits Plan, which describes and governs the benefits in the claims regarding member IM.

77. Attached as hereto **Exhibit 72** is a true and correct copy of the Helena Agri-Enterprises, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member JMM.

78. Attached as hereto **Exhibit 73** is a true and correct copy of the Williston Financial Group medical benefits Plan, which describes and governs the benefits in the claims regarding member NM.

///

79. Attached as hereto **Exhibit 74** is a true and correct copy of the Etchegaray Farms LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member SN.

80. Attached as hereto **Exhibit 75** is a true and correct copy of the Excelligence Learning Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member AN.

81. Attached as hereto **Exhibit 76** is a true and correct copy of the GreenWaste Recovery, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member SMO.

82. Attached as hereto **Exhibit 77** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member MO.

83. Attached as hereto **Exhibit 78** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member SO.

84. Attached as hereto **Exhibit 79** is a true and correct copy of the Gong & Gong Company dba Food 4 Less medical benefits Plan, which describes and governs the benefits in the claims regarding member GAP.

85. Attached as hereto **Exhibit 80** is a true and correct copy of the WSAudiology USA, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member AP.

86. Attached as hereto **Exhibit 81** is a true and correct copy of the Cigna Group medical benefits Plan, which describes and governs the benefits in the claims regarding member BP.

87. Attached as hereto **Exhibit 82** is a true and correct copy of the Visa, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member BJP.

///

88. Attached as hereto **Exhibit 83** is a true and correct copy of the Cisco Systems, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member SP.

89. Attached as hereto **Exhibit 84** is a true and correct copy of the WestAir Gases & Equipment medical benefits Plan, which describes and governs the benefits in the claims regarding member AR.

90. Attached as hereto **Exhibit 85** is a true and correct copy of the Jones Lang LaSalle medical benefits Plan, which describes and governs the benefits in the claims regarding member RR.

91. Attached as hereto **Exhibit 86** is a true and correct copy of the H&M Hennes & Mauritz L.P. medical benefits Plan, which describes and governs the benefits in the claims regarding member BR.

92. Attached as hereto **Exhibit 87** is a true and correct copy of the O'Reilly Automotive, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member AR.

93. Attached as hereto **Exhibit 88** is a true and correct copy of the Applied Industrial Technologies medical benefits Plan, which describes and governs the benefits in the claims regarding member SR.

94. Attached as hereto **Exhibit 89** is a true and correct copy of the WestAir Gases & Equipment medical benefits Plan, which describes and governs the benefits in the claims regarding member JR.

95. Attached as hereto **Exhibit 90** is a true and correct copy of the LMH Service Company LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member CS.

96. Attached as hereto **Exhibit 91** is a true and correct copy of the International Paper medical benefits Plan, which describes and governs the benefits in the claims regarding member LS.

///

97. Attached as hereto **Exhibit 92** is a true and correct copy of the Helena Agri-Enterprises, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member MS.

98. Attached as hereto **Exhibit 93** is a true and correct copy of the American Fidelity Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member MS.

99. Attached as hereto **Exhibit 94** is a true and correct copy of the Select Sires Member Cooperative medical benefits Plan, which describes and governs the benefits in the claims regarding member LS.

100. Attached as hereto **Exhibit 95** is a true and correct copy of the Cisco Systems, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member NTS.

101. Attached as hereto **Exhibit 96** is a true and correct copy of the Amazon.com Services LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member NS.

102. Attached as hereto **Exhibit 97** is a true and correct copy of the Amazon.com Services LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member DFS.

103. Attached as hereto **Exhibit 98** is a true and correct copy of the Weber Motors Fresno, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member JS.

104. Attached as hereto **Exhibit 99** is a true and correct copy of the Gong & Gong Company dba Food 4 Less medical benefits Plan, which describes and governs the benefits in the claims regarding member IS.

105. Attached as hereto **Exhibit 100** is a true and correct copy of the Duravant LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member AS.

///

106. Attached as hereto **Exhibit 101** is a true and correct copy of the Epidaurus DBA Amity Foundation medical benefits Plan, which describes and governs the benefits in the claims regarding member NS.

107. Attached as hereto **Exhibit 102** is a true and correct copy of the California Capital Insurance Group medical benefits Plan, which describes and governs the benefits in the claims regarding member KS.

108. Attached as hereto **Exhibit 103** is a true and correct copy of the Ecolab Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member RT.

109. Attached as hereto **Exhibit 104** is a true and correct copy of the Giesecke+Devrient Mobile Security America Inc medical benefits Plan, which describes and governs the benefits in the claims regarding member PT.

110. Attached as hereto **Exhibit 105** is a true and correct copy of the Dole Food Company, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member CT.

111. Attached as hereto **Exhibit 106** is a true and correct copy of the GEA North America, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member MT.

112. Attached as hereto **Exhibit 107** is a true and correct copy of the Helena Agri-Enterprises, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member EOT.

113. Attached as hereto **Exhibit 108** is a true and correct copy of the Saint-Gobain Corporation medical benefits Plan, which describes and governs the benefits in the claims regarding member AT.

114. Attached as hereto **Exhibit 109** is a true and correct copy of the J.B. Hunt Transport Services, Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member ET.

///

115. Attached as hereto **Exhibit 110** is a true and correct copy of the Children's HealthCare of California medical benefits Plan, which describes and governs the benefits in the claims regarding member JV.

116. Attached as hereto **Exhibit 111** is a true and correct copy of the J.P. Lamborn Co. medical benefits Plan, which describes and governs the benefits in the claims regarding member DV.

117. Attached as hereto **Exhibit 112** is a true and correct copy of the Ecolab Inc. medical benefits Plan, which describes and governs the benefits in the claims regarding member SV.

118. Attached as hereto **Exhibit 113** is a true and correct copy of the SCA Sweeping Corp of America medical benefits Plan, which describes and governs the benefits in the claims regarding member RW.

119. Attached as hereto **Exhibit 114** is a true and correct copy of the Wagner Industries, LLC d/b/a Wagner Logistics medical benefits Plan, which describes and governs the benefits in the claims regarding member NW.

120. Attached as hereto **Exhibit 115** is a true and correct copy of the Duravant LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member PY.

121. Attached as hereto **Exhibit 116** is a true and correct copy of the Champion Funding, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member NC.

122. Attached as hereto **Exhibit 117** is a true and correct copy of the Cigna Group medical benefits Plan, which describes and governs the benefits in the claims regarding member RD.

123. Attached as hereto **Exhibit 118** is a true and correct copy of the Van Ness Feldman, LLP medical benefits Plan, which describes and governs the benefits in the claims regarding member JK.

///

124. Attached as hereto **Exhibit 119** is a true and correct copy of the ArborWorks, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member LL.

125. Attached as hereto **Exhibit 120** is a true and correct copy of the Lido Advisors, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member HO.

126. Attached as hereto **Exhibit 121** is a true and correct copy of the Champions Funding, LLC medical benefits Plan, which describes and governs the benefits in the claims regarding member AP.

127. Attached as hereto **Exhibit 122** is a true and correct copy of the Diamond Pet Foods Health Plan / LocalPlus Medical Benefits medical benefits Plan, which describes and governs the benefits in the claims regarding member AP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2025, at Bristol, Tennessee.

_____
PAMELA LEY